**JOSEPH D. MARCHAND**
*ATTORNEY AT LAW*
117-119 WEST BROAD STREET
P.O. BOX 298
BRIDGETON, NEW JERSEY 08302
(856) 451-7600        FAX (856) 451-6535

MEMBER OF NJ AND PA BAR

May 5, 2017                                                            *Via CM/ECF*

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
U.S. Post Office & Courthouse
Camden, NJ 08101-2067

Re:    B/E/O:  Vicki A. Ardecki
       Chapter 7 Bankruptcy, Case No. 12-15277/JNP

In re: Trustee's Report of No Distribution/or Notice of Assets
       Status Conference:  May 16, 2017 (11:00 A.M.)

Dear Judge Poslusny:

Please accept the following report of status regarding this case:

Debtor has a pending Product Liability Case with Special Counsel. The Case is currently in Settlement talks and the Trustee is waiting to hear from Special Counsel as to what the Debtor will be offered for Settlement

I trust this status report is sufficient and that my appearance on May 16, 2017 will not be necessary.  To the extent Your Honor wishes to schedule a Status Conference I would suggest 6 months.

Most respectfully,

/s/ Joseph D. Marchand

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

JDM:mmh
cc via CM/ECF:  United States Trustee's Office
cc via CM/ECF:  Joseph Rogers, Esquire, Attorney for Debtor