UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Vicki Ardecki

Case No.: 12-15277/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __January 2, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Product Liability Case:<br>Debtor is not eligible for the Settlement in Product Liability Case- Trustee does not believe further pursuit of this action would yield a significant monetary benefit to General Unsecured creditors. |
|---|---|

| Liens on property: | N/A |
|---|---|

| Amount of equity claimed as exempt: | $29,990.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:  /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.:  (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Vicki A. Ardecki  
    Debtor

Case No. 12-15277-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 06, 2017  
                          Form ID: pdf905    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
```
db             +Vicki A. Ardecki,    30 Atlantic Avenue,    Clayton, NJ 08312-1324
aty            +Michael J. Miller,    The Miller Firm, LLC,    The Sherman Building,    108 Railroad Avenue,
                 Orange, VA 22960-1623
sp             +The Miller Firm, LLC,    The Sherman Building,    108 Railroad Avenue,    Orange, VA 22960-1623
512822131      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
512822132      +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
512822133      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
512822134      +Booth Radiology,    748 Kings Highway,    Woodbury, NJ 08096-3190
512822136      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
512822137      +GE Money Bank Peach Direct,    Lvnv Funding Llc,    P.o. Box 10584,    Greenville, SC 29603-0584
514232803     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,      350 Highland Drive,
                 Lewisville, TX 75067,    Nationstar Mortgage, LLC,      350 Highland Drive,
                 Lewisville, TX 75067)
514232802    +++Nationstar Mortgage, LLC,    Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9096
512822138      +Sprint Services,    Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
513186929      +U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUS,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: jdmarchand@comcast.net Dec 06 2017 23:00:35      Joseph Marchand, Esq.,
                 117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512822135      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2017 23:09:11      Cach Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
512933321       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 06 2017 23:00:02      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
513166553       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2017 23:09:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
512857705       E-mail/Text: ebn@vativrecovery.com Dec 06 2017 22:59:29      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
512944349      +E-mail/Text: csidl@sbcglobal.net Dec 06 2017 23:00:13      Premier Bankcard,    PO Box 2208,
                 Vacaville, CA 95696-8208
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Jefferson Capital Systems LLC
cr              U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUS
cr              U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUS
cr              U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUS
                                                                                              TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 06, 2017
                              Form ID: pdf905          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:

```
            Brian C. Nicholas    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE
             TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR THE
             CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel  Balboa    ecfmail@standingtrustee.com
            Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
             jmarchand@comcast.net
            Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
            Joseph J. Rogers    on behalf of Debtor Vicki A. Ardecki jjresq@comcast.net,    jjresq1@comcast.net
            Rhondi L. Schwartz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE
             TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR THE
             CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET njbankruptcynotifications@logs.com
                                                                                             TOTAL: 7
```